Frances Hyman, Appellee, v. Zachary A. Bisig, Appellant.

Gen. No. 45,479. 

 █

 Burt A. Crowe, for appellant; Carl E. Abrahamson, of counsel; Daniel A. Costigan, and Robert P. Sullivan, for appellee; Charles T. Shanner, and Ollie E. Stone, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 21, 1952; rehearing denied February 4, 1952; released for publication February 5, 1952.